IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, *Health & Welfare Fund by its trustees* Henry Iida, Russell Young, Audrey Hidano, Glen Kaneshige, Eric Hashizume, George Ehara, Ronald Taketa, Kyle Chock, Shayne Chung, Conrad C. Verdugo, Jr., Ralph Hoohuli, and Travis Murakami; *Apprenticeship & Training Fund by its trustees* Claude Matsumoto, Thomas Toma, Conrad Murashige, Dale Sakamoto-Yoneda, Roy Morioka, Vince Nihipali, Sheri Mau, Mike Goodnight, Kyle Chock, Ronald Taketa, Mitchell Tynanes, Sean Newcamp, Ralph Hoohuli and Travis Murakami; *Vacation & Holiday Fund by its trustees* Gerard Sakamoto, James Watanabe, Paul Silen, Paul Sasaki, Jay Kadowaki, Sharon Thom, Roy Morioka, Kyle Chock, Sean Newcamp, Mitchell Tynanes, Ralph Hoohuli, and Travis Murakami; *Market Recovery Program by its trustees* Thalia Choy, Alan Shintani, Justin Izumi, Ken Kawamoto, Gerard Sakamoto, Bill Wilson, Lance Wilhelm, Leonard Hoshijo, Justin Kochi, Garrett Takara Sean Newcamp, Kyle Chock, David Samson and Mitchell Tynanes; *Financial Security Fund by its trustees* Kenneth Spence, Conrad Murashige, Kenneth Sakurai, Wesley Mikuni, Alan Shintani, Kyle Chock, Ronald Taketa, Shayne Chung, Sean Newcamp, Garrett Takara, Ralph Hoohuli, Clyde Sugawa, Joyce | CIV. NO. 17-00362 ACK-RLP |

| | |
|---|---|
| Furukawa, and Travis Murakami; | ) |
| *Drywall Training Fund by its trustee* | ) |
| Vince Nihipali, Sr., Lito Alcantra, | ) |
| Bert Beaman, Mike Goodnight, | ) |
| Kevin Respecki, Sean Newcamp, | ) |
| Garrett Takara, Edmund Aczon, | ) |
| David Samson and Ivan Lay; *401-K* | ) |
| *Fund by its trustees* Kenneth Spence, | ) |
| Conrad Murashige, Kenneth Sakurai, | ) |
| Wesley Mikuni, Alan Shintani, Kyle | ) |
| Chock, Ronald Taketa, Shayne | ) |
| Chung, Sean Newcamp, Ralph | ) |
| Hoohuli, Clyde Sugawa, Joyce | ) |
| Furukawa, and Travis Murakami, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| NERT SERVICES, INC., JOHN | ) |
| DOES 1-100; JANE DOES 1-100; | ) |
| DOE CORPORATIONS 1-100; DOE | ) |
| PARTNERSHIPS 1-100; DOE | ) |
| GOVERNMENTAL UNITS 1-100, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on October 18, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation To Grant Plaintiffs' Motion For Default Judgment Against Defendant Nert Services, Inc.," ECF NO. 11, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, November 20, 2017



_____
Alan C. Kay
Sr. United States District Judge